David Bokor, Appellant, v. H. Koehler & Company, Respondent.— Determination affirmed, with costs. No opinion. (Ingraham and Scott, JJ., dissenting.)

Louis H. Backman, Appellant, v. Thomas W. Topham, as President of Parliament of Infinite Wisdom, Otherwise Known as The Association for the Study of the Ancient Wisdom, Respondent.— Determination of Appellate Term reversed and judgment of City Court affirmed, with costs in this court and in the Appellate Term. No opinion.

Mary E. Church, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Determination affirmed, with costs. No opinion. (Ingraham and McLaughlin, JJ., dissenting.)

The People of the State of New York, Respondent, v. William F. Waltman, Appellant, Impleaded with Benjamin Cordes.— Judgment and orders affirmed. No opinion.

Carl Swenson, Respondent, v. Norcross Brothers Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (McLaughlin, J., dissenting.)